IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT JAMES GRAVES,<br>　　　　Petitioner, | Civil Action No. 7:05-cv-00796<br>Crim. No. 4:99-cr-70049 |
| v. | **FINAL ORDER** |
| UNITED STATES OF AMERICA,<br>　　　　Respondent. | By: Hon. Norman K. Moon<br>United States District Judge |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 19 2006
JOHN F CORCORAN, CLERK
BY /s/ DEPUTY CLERK

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that petitioner's motion, which the court construes as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. §2255, shall be and hereby is **DISMISSED** without prejudice as successive and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This _19th_ day of January, 2006.

　　　　　　　　　　　　　　　/s/ Norman K. Moon
　　　　　　　　　　　　　　　United States District Judge